**Motion Granted and Abatement Order filed August 5, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00323-CR
_____

### CESAR URBINA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 155th District Court
Austin County, Texas
Trial Court Cause No. 2018R-0157**

---

### ABATEMENT ORDER

Before this court is appellant's motion to abate appeal for finding of indigency. Appellant seeks to abate this appeal for the trial court to hold a hearing to determine whether appellant is indigent at the time of his appeal, which would determine whether he is entitled to a free copy of the record for his case. *See, e.g.*, *Ramadan v. State*, 89 S.W.3d 744, 746 (Tex. App.—Houston [1st Dist.] 2002, no pet.). The State has not filed a response to appellant's motion.

This court hereby grants the motion. The trial court is ordered to hold a hearing on appellant's request for finding of indigency within 30 days of the date of this order. The trial court shall see that a record of the hearing is made and shall order the trial clerk to forward a record of the hearing to the clerk of this court. Further, we order the Austin County District Clerk to prepare and file with this court the record of all trial court proceedings and rulings on appellant's claim of indigency. The records must be provided without charge and filed with this court within 45 days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket pending resolution of appellant's request for a finding of indigency by the trial court. The appeal will be reinstated on this court's active docket when the records on the trial court proceedings and the rulings on appellant's claim of indigency are filed in this court. This court also will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Poissant, and Wilson.